UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   Kelly L Ragan

Debtor(s)

Case No. 12-37430

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/21/2012.

2) The plan was confirmed on 12/06/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/19/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 12/12/2016.

6) Number of months from filing to last payment: 51.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $59,650.00.

10) Amount of unsecured claims discharged without payment: $14,610.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $23,076.68 |
| Less amount refunded to debtor | $184.88 |

**NET RECEIPTS:** $22,891.80

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,481.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $924.19 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,405.19

Attorney fees paid and disclosed by debtor:    $319.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ANESTHESIA CONSULTANTS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ANGELA C SOLIS LCPC/CROSSROAD | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 400.00 | 397.89 | 397.89 | 397.89 | 0.00 |
| ASSOCIATED PATHOLOGISTS/JOLIET | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| AT&T CORP | Unsecured | NA | 6.73 | 6.73 | 6.73 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | NA | 1,209.08 | 1,209.08 | 1,209.08 | 0.00 |
| CARY ANN JENKINS MD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL PROFESSIONAL GROUP | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS SURGICAL FOUNDATION | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF MORRIS | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| CORTINA & MUELLER PC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL LTD | Unsecured | 1,400.00 | 1,213.92 | 1,213.92 | 1,213.92 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 1,050.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| DENNIS A BREBNER & ASSOC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| GRUNDY RADIOLOGISTS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| GS RENTALS | Unsecured | 1,770.00 | NA | NA | 0.00 | 0.00 |
| HEARTLAND CARDIOVASCULAR CE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HINSDALE ORTHOPAEDIC ASSOC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPANY | Unsecured | 130.00 | 558.84 | 558.84 | 558.84 | 0.00 |
| ILLINOIS VALLEY ENDONDONTICS L | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| J RICHARD GALLAGHER MD | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| JOLIET RADIOLOGICAL SERVICE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| KURTZ AMBULANCE SERVICE | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| MINOR CHIROPRACTIC HEALTH CEN | Unsecured | 180.00 | 172.33 | 172.33 | 172.33 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| MORRIS DERMATOLOGY | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 2,580.00 | 2,847.60 | 2,847.60 | 2,847.60 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| MORRIS RADIOLOGY ASSOC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ORLAND PARK DENTAL SPECIALIST | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPAEDIC GROUP | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCE CO | Unsecured | 2,500.00 | 2,637.23 | 2,637.23 | 2,637.23 | 0.00 |
| PRAIRIE RHEUMATOLOGY ASSOC | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL HEALTH ASSOCIATE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PROVENA HEALTH | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| PROVENA MERCY CENTER | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 20.00 | 15.00 | 15.00 | 15.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 1,500.00 | 1,806.81 | 1,806.81 | 1,806.81 | 0.00 |
| SHERWIN RITZ MD | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 1,020.00 | NA | NA | 0.00 | 0.00 |
| STREATOR ONIZED CREDIT UNION | Secured | 14,051.00 | 5,519.73 | 5,519.73 | 5,519.73 | 1,038.46 |
| TRANSWORLD SYSTEMS INC | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| TRATT CLINIC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 2,000.00 | 2,062.99 | 2,062.99 | 2,062.99 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,519.73 | $5,519.73 | $1,038.46 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,519.73** | **$5,519.73** | **$1,038.46** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$12,928.42** | **$12,928.42** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,405.19 |
| Disbursements to Creditors | $19,486.61 |
| **TOTAL DISBURSEMENTS :** | **$22,891.80** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/17/2017           By: /s/ Glenn Stearns
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**